FILED
Charlotte
Dec 15 2025
U.S. District Court
Western District of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISCELLANEOUS CASE NO. 3:25-MC-159

IN RE: THE APPOINTMENT OF A )
MERIT SELECTION PANEL FOR THE )
UNITED STATES MAGISTRATE )
JUDGE POSITION IN THE )
CHARLOTTE DIVISION )
                                                           )

**THIS MATTER IS BEFORE THE COURT** on its own motion to designate individuals to serve as a Merit Selection Panel for the purpose of considering applicants for the position of full time United States Magistrate Judge for the United States District Court, Western District of North Carolina.

Pursuant to Title 28, Section 631(b)(5) a Magistrate Judge is appointed pursuant to standards and procedures promulgated by the Judicial Conference of the United States. These Judicial Conference standards and procedures, and the mandatory rules governing the appointment process are contained in the booklet "Selection, Appointment, and Reappointment of United States Magistrate Judges" published by the Administrative Office of the U.S. Courts. These standards and procedures provide for the establishment by the district court of a Merit Selection Panel (Panel) to assist the district judges in their selection of a magistrate judge. The Panel is composed of nine (9) members, including two lay persons.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the following persons listed in the attachment are appointed to the Merit Selection Panel for the United States

District Court, Western District of North Carolina to assist this Court with selecting a United States Magistrate Judge for the United States District Court of the Western District of North Carolina.

Merit Selection Panel members are hereby advised that to be considered for a future magistrate judge position with this Court, one year must have elapsed between the application deadline for the announced position and the date the Panel submits its report to the Court regarding the present position. This provision of this Order satisfies the requirement that Panel members be advised in writing of this restriction on future vacancies.

The Merit Selection Panel shall be chaired by Tricia W. Magee who shall work with the other members of the Panel to establish rules of procedure for the panel to follow in accordance with Judicial Conference guidelines and to assure that all confidentiality requirements are met. The Clerk of Court shall provide secretariat duties to the Panel.

**IT IS FURTHER ORDERED** that the Panel shall conclude its work and submit to the Honorable Martin Reidinger, Chief United States District Court Judge, the names of five applicants that it finds most qualified to serve as a United States magistrate judge and shall submit said five names to the Chief Judge no later than March 13, 2026

The Clerk of Court is directed to send to each member of the Panel a copy of this Order and a copy of the booklet "The Selection, Appointment, and Reappointment of United States Magistrate Judges" as revised October 2024, and other materials which may be of assistance to the panel. The Clerk shall also send a copy of this Order to the

Magistrates Division of the Administrative Office of the U.S. Courts and the Circuit Executive of the Fourth Circuit.

**SO ORDERED THIS 15 DAY OF DECEMBER, 2025.**

*On Behalf of the Court:*

_____
Martin Reidinger
Chief United States District Judge

# Attachment

Attorney David Cayer
2715 Roswell Avenue
Charlotte, NC 28209
judgecayer@yahoo.com
704-517-1872

Mr. Greg Forest
130 Lynn Cove Lane
Mooresville, NC 28117
Gforest63@gmail.com
704-450-0189

Attorney Megan Hoffman
First Assistant Federal Public Defender
North Carolina Western Federal Public Defender
129 W. Trade Street
Suite 300
Charlotte, NC 28202-2143
Megan_hoffman@fd.org
(704) 688-6959

Attorney Dena J. King
Parker Poe
620 South Tryon Street
Suite 800
Charlotte, NC 28202
denaking@parkerpoe.com
(704) 335-9008

Attorney Tricia W. Magee
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street
Charlotte, NC 28280
tmagee@shumaker.com
(704) 945-2961

Attorney Clifford C. "Kip" Marshall
Marshall Roth & Gregory
Post Office Box 769
90 Southside Avenue

Suite 100
Asheville, NC 28801
cmarshall@mrglawfirm.com
(828) 281-2100 ext. 204

Attorney Nick J. Miller
DOJ – United States Attorney's Office
Carillon Building
227 West Trade Street
Suite 1650
Charlotte, NC 28202
nick.miller@usdoj.gov
(704) 338-3157

Father Timothy Reid
3635 Park Road
Charlotte, NC 28209
Tsreid@rcdoc.org
704-576-9996

Attorney Samuel B. Winthrop
Winthrop & Gaines Messick, PLLC
706 Hartness Road
Statesville, NC 28677
swinthroplaw@gmail.com
(704) 872-9544

Attorney David C. Wright III
Robinson Bradshaw
600 S. Tryon Street
Suite 2300
Charlotte, NC 28202
dwright@rbh.com
(704) 377-8322

Attorney James F. Wyatt, III
Wyatt & Blake, L.L.P.
402 W. Trade Street
Suite 101
Charlotte, NC 28202
jwyatt@wyattlaw.net
(704) 331-0767